# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

Maria Gomez Del Toro,

        Plaintiff,

   v.

Experian Information Solutions, Inc., et al.,

        Defendants.

Case No.  4:22-cv-03082-HSG

**ORDER ON PLAINTIFF'S MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

The Court, having considered the Plaintiff's Motion to Continue the Initial Case Management Conference, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Continue the Initial Case Management Conference is **DENIED**.

DENIED

*Haywood S. Gill Jr.*

Judge Haywood S. Gilliam Jr.

Dated:    8/19/2022

Judge Haywood S. Gilliam, Jr.
United States District Court Judge