UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GOMEZ DEL TORO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No.  22-cv-03082-TLT<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. Nos. 22, 23, 24 |

Plaintiff has filed notices of settlement pertaining to all Defendants. Dkt. Nos. 22-24. Therefore, this matter is **DISMISSED** with prejudice, and any hearings and deadlines are **VACATED**. *See* Fed. R. Civ. P. 41(a)(1)(A).

The parties retain the right to reopen this action within 60 days of this Order if settlement has not in fact occurred. If any party certifies to the Court, with proper notice to all other parties, within 60 days of this Order, that the case should be reopened, this Order shall be vacated and this case shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: October 27, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge